IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

INSURANCE COMPANY of the STATE
OF PENNSYLVANIA                                                      PLAINTIFF

vs.                                        Civil No. 10-6056

BOTTLE ROCKET
EXPRESS, LLC, ET AL                                                  DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 11th day of July, 2011, the Parties have filed a Stipulation of Dismissal, pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be dismissed.

                        AT THE DIRECTION OF THE COURT

                        CHRISTOPHER R. JOHNSON, CLERK


              by: /s/ Carol Nesbit
                  Deputy Clerk